**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| ARSEN AKOPIAN,<br><br>Petitioner,<br><br>v.<br><br>FERETI SEMAIA et al.,<br><br>Respondent. | Case No. 5:26-cv-04222-FWS-DFM<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court engaged in a de novo review of the objections that were filed.

**IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation of the United States Magistrate Judge is **ACCEPTED**.

2. The Petition is **DENIED WITHOUT PREJUDICE**.

3. Judgment shall be entered accordingly.

Date: August 24, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE