JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ARSEN AKOPIAN,<br><br>Petitioner,<br><br>v.<br><br>FERETI SEMAIA et al.,<br><br>Respondent. | Case No. 5:26-cv-04222-FWS-DFM<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that:

1. The Petition for Writ of Habeas Corpus is **DENIED** without prejudice.

2. This action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Dated: August 24, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE